# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

**APOLINUR SOLIS,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No. 19-2166

## REPORT AND RECOMMENDATION

On June 24, 2019, Plaintiff filed his Complaint against the Commissioner of the Social Security Administration, seeking judicial review of the final decision of the Commissioner denying Plaintiff's claim for Disability Insurance Benefits under 42 U.S.C. § 405(g). The Commissioner answered the Complaint and filed the Social Security Transcript on November 12, 2019. Plaintiff then had 30 days, until December 12, 2019, to file a motion for summary judgment and a memorandum of law in support thereof.

By January 7, 2020, Plaintiff had failed to file any such motion. The Court, therefore, entered a text order granting Plaintiff leave to file his motion for summary judgment and memorandum on or before January 17, 2020. To date, Plaintiff has failed to file his motion for summary judgment and memorandum. Federal Rule of Civil Procedure 41(b) provides that a court may dismiss a plaintiff's case if said plaintiff fails to prosecute the case or comply with the Federal Rules or a court order. FRCP 41(b); *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).

**Accordingly, the Court recommends that Plaintiff's case be DISMISSED for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).** The parties are advised that any objection to this recommendation must be filed in writing with the clerk within fourteen (14) days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of

objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 21st day of January, 2020.

s/ ERIC I. LONG<br>UNITED STATES MAGISTRATE JUDGE