UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| APOLINUR SOLIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 19-cv-2166 |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

### ORDER

A Report and Recommendation (#12) was filed herein by Magistrate Judge Eric I. Long on January 21, 2020. A copy of the Report and Recommendation was sent to Plaintiff via U.S. Mail that same day. Judge Long recommended that the case be dismissed for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b).

The parties were instructed to file any objections to the Report and Recommendation within fourteen days of being served with a copy thereof. The parties were also informed that failure to object would constitute a waiver of objections on appeal. See *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

The time to object to Magistrate Judge Long's Report and Recommendation has passed, and neither party has filed an objection with this court. Therefore, following this court's de novo review of the Report and Recommendation and the reasons for it, this court agrees with and accepts Judge Long's Report and Recommendation (#12).

The court agrees that this case should be dismissed pursuant to Rule 41(b) for failure to prosecute.

IT IS THEREFOR ORDERED THAT:

(1) The Report and Recommendation (#12) is ACCEPTED by the court.

(2) This case is dismissed without prejudice.

(3) This case is terminated.

ENTERED this 10th day of February, 2020.

s/ Colin Stirling Bruce
COLIN S. BRUCE
U.S. DISTRICT JUDGE